UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

| | |
|---|---|
| CYNTHIA JANECZEK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:18-cv-629 |
| ) | |
| COMMISSIONER OF ) | Honorable Phillip J. Green |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **JUDGMENT**

In accordance with the Memorandum Opinion entered this date:

**IT IS HERBY ORDERED** that the Commissioner's decision is **AFFIRMED**.

Dated:   December 6, 2018          /s/  Phillip J. Green
                                   PHILLIP J. GREEN
                                   United States Magistrate Judge